IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LARRY MORENO, | § § § | |
| *Plaintiff,* | § § | NO. 5-23-CV-00057-RBF |
| vs. | § § | |
| KILOLO KIJAKAZI, DIRECTOR OF SOCIAL SECURITY ADMINISTRATION; | § § § § § | |
| *Defendant.* | § § § | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED** that this case be **REVERSED AND REMANDED** under the fourth sentence of 42 U.S.C. §405(g) to the Commissioner of Social Security for the purpose of conducting further proceedings.

**IT IS SO ORDERED.**

SIGNED this 17th day of October, 2023.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE